AO 91 (Rev. 5/85) Criminal Complaint                        AUSA Zloch/DEA-P

# *United States District Court*

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

**CRIMINAL COMPLAINT**

ROGELIO VERA

CASE NUMBER: 03-5399-JMH

(Name and Address of Defendant)

   I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about November 3, 2003 _____ in  Palm Beach County, in the

___ Southern ___ District of Florida _____ defendant,  did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, cocaine,

in violation of Title _21_____ United States Code, Section(s)   841(a)(1) _____

I further state that I am a(n) TFO Sanjay Raja, DEA  and that this complaint is based on the following
                                          Official Title
facts:

                           Please see attached affidavit.

Continued on the attached and made a part hereof:   [x]Yes   [ ]No

_____
Signature of Complainant
Task Force Officer, Sanjay Raja
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence,
upon my finding of probable cause.

_12-4-03_____
Date

at _West Palm Beach, Florida_____
City and State

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No.**  03-5399-JMH

## UNITED STATES OF AMERICA

vs.

## ROGELIO VERA

_____/

## CRIMINAL COVER SHEET

1.    Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 2003?   ____ Yes   _X_ No

2.    Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 1999?   ____ Yes   _X_ No

3.    Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ____ Yes   _X_ No

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

BY: _____
f s/ WILLIAM T. ZLOCH
ASSISTANT UNITED STATES ATTORNEY
Florida Bar Number 0105619
500 Australian Avenue, 4th Floor
West Palm Beach, FL   33401
TEL (561)820-8711
FAX (561)820-8777