# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**  DATE: 12/8/03   TIME: 10:00 AM - 11:00 A.M.

DEFT. ROGELIO VERA (J)   CASE NO. 03-5399-JMH

AUSA. WILLIAM ZLOCH   ATTY.

AGENT. SANJAY RAJA - DEA   VIOL. PWID COCAINE  21:841(a)(1)

PROCEEDING INITIAL   BOND. PTD (GOVT REQUEST)

FUTURE DATES

DISPOSITION Defendant advised of rights. Government requested Pretrial Detention. Pretrial Detention hearing set 12/10/03 @ 10am. Preliminary/Arraignment set 12/22/03 @ 10am. Report re: Counsel set 12/10/03 @ 10am.

DATE: 12/8/03   TAPE: LRJ-03- 80-1