UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-5399-JMH

UNITED STATES OF AMERICA,

    Plaintiff,

vs

ROGELIO VERA,

    Defendant.
_____/



FILED by _____ D.C.
MAG. SEC.
DEC 11 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**DETENTION ORDER**

    Pursuant to Title 18, U.S.C. § 3142(f), on December 10, 2003, a hearing was held to determine whether the Defendant, Rogelio Vera, should be detained prior to trial. Having considered the factors enumerated in 18 U.S.C. § 3142(g), this Court finds that no condition or combination of conditions will reasonably assure the appearance of this Defendant as required and the safety of any other person and the community. Therefore, it is hereby ordered that the Defendant, Rogelio Vera, be detained prior to trial and until the conclusion thereof.

    In accordance with the provisions of 18 U.S.C. § 3142(i), the Court hereby makes the following findings of fact and statement of reasons for the detention:

    1. The Defendant is charged with possession with intent to distribute 100 - 150 grams of cocaine. Therefore Defendant is charged with a narcotics offense. 18 U.S.C. § 3142(g)(1). Defendant is facing twenty (20) years of imprisonment.

    2. The weight of the evidence against the Defendant is substantial. On November

3, 2003, local police responded to a Lake Worth address. They observed the Defendant in a truck with the engine running. The police observed cocaine rocks on the console. The Defendant was arrested. A search of the vehicle revealed in excess of one hundred (100) grams of cocaine. Also seized was a Pepsi can that had been used for smoking crack. Following his arrest, the Defendant stated if he had known they were police he would have run them over. 18 U.S.C. 3142(g)(2).

3. The pertinent history and characteristics of the Defendant are as follows: The Defendant is a United States citizen and has lived locally thirty-four (34) years. All family is local. He is married and has three children. He works at a local trucking company owned by the family. He has used drugs previously and has an extensive criminal history for burglary, resisting arrest, failure to appear, larceny, possession of marijuana and cocaine. 18 U.S.C. §3142 (g)(3)(A) and (B).

Based on his previous failure to appear and use of narcotics historically, the undersigned believes that he would not appear if released on bond prior to trial. 18 U.S.C. § 3142(g)(3)(A) and (B).

4. The Defendant continues to engage in criminal conduct and is likely to do so if released. Moreover, the Defendant has a history of violent behavior. Accordingly, the Defendant constitutes a danger to other persons or the community. 18 U.S.C. § 3142(g)(4).

5. The Court specifically finds that there are no conditions or combination of conditions which reasonably will assure the Defendant's appearance as required and the safety of any other person and the community. 18 U.S.C. § 3142(e).

Based on the above findings of fact, which were supported by clear and convincing

evidence, the Court has concluded that this Defendant presents a danger to the community. Based on the above findings of fact, which were supported by the preponderance of the evidence, the Court has concluded that this Defendant presents a risk of flight.

The Court hereby directs:

1. That the Defendant be committed to the custody of the Attorney General for the confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

2. That the Defendant be afforded reasonable opportunity for private consultation with counsel; and

3. That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED this 11th day of December, 2003, at West Palm Beach, Florida.

                                               LINNEA R. JOHNSON
                                               UNITED STATES MAGISTRATE JUDGE

cc:   Counsel of Record